UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRODIGY FINANCE CM2020-1 DAC,

       Plaintiff,

    v.

JOSHUA JOHN NDUWAMUNGU,

       Defendant.

Case No. 25-cv-02236-NW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Re: ECF No. 28

On February 5, 2026, following a dispute about confirmation of a foreign arbitration award, Plaintiff informed the previously assigned judge, Magistrate Judge DeMarchi, that the parties had reached a settlement regarding a stipulated entry of a consent judgment. ECF No. 27. The parties provided the Court with a proposed judgment. ECF No. 27-1.

On April 22, 2026, Magistrate Judge DeMarchi issued a Report and Recommendation that this case be reassigned to a district judge, and the parties' proposed judgment be entered. ECF No. 28. Objections were due by May 6, 2026. As of the date of this Order, no objections have been filed. The Court finds Judge DeMarchi's Report and Recommendation thorough and correct, and adopts it in every respect. Accordingly, the Court shall enter judgment and close the case.

**IT IS SO ORDERED.**

Dated: June 2, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California