**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PRODIGY FINANCE CM2020-1 DAC, an Irish Corporation,<br><br>Petitioner,<br><br>v.<br><br>JOSHUA JOHN NDUWAMUNGU, an individual,<br><br>Respondent. | Case No. 5:25-cv-02236-NW<br><br>[PROPOSED] **FINAL JUDGMENT**<br><br>Action Filed:       March 4, 2025 |

[PROPOSED] FINAL JUDGMENT

# ~~[PROPOSED]~~ FINAL JUDGMENT

Pursuant to the Stipulation for Entry of Consent Judgment filed on November 6, 2025, and for good cause shown, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Judgment is hereby entered in favor of Petitioner and against Respondent in the amount of eighty thousand six hundred and sixty-two dollars and fifty-seven cents ($80,662.57). Interest will accrue on this amount at the rate prescribed by 28 U.S.C. § 1961 on the date judgment is entered.

2. The Clerk of Court shall enter judgment as set forth herein.

3. Petitioner is authorized to take all permissible actions to execute on this Consent Judgment.

4. This Consent Judgment will remain effective notwithstanding dismissal of the pending case

**IT IS SO ORDERED AND ADJUDGED.**

Dated: _____June 2_____, 2026     _____

Honorable Noël Wise
United States District Judge

- 1 -

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that a true and correct copy of forgoing document described as **[PROPOSED] FINAL JUDGMENT** was served on Respondent via First Class Mail on February 5, 2026, as follows:

Joshua John Nduwamungu
605 Tasman Drive
Apartment 1421
Sunnyvale, California 94089

(*Pro Se Respondent*)

Dated:  February 5, 2026

VENABLE LLP

By: */s/   Shannon Beamer*
       Shannon E. Beamer

*Attorney for Petitioner*
PRODIGY FINANCE CM2020-1 DAC

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900